IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ADAM SHEPHARD**      **PLAINTIFF**

v.      **No. 4:23CV178- JMV**

**WARDEN BRENDA COX, ET AL.**      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 13th day of November, 2023.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE